UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEALTHY LIFESTYLE BRAND,

                Plaintiff,

– *against* –

ENVIRONMENTAL WORKING GROUP,

                Defendant.

**ORDER**

20 Civ. 1098 (ER)

RAMOS, D.J.:

    In light of Plaintiff's notice of withdrawal of its motion for a temporary restraining order and preliminary injunction, Doc. 14, the Show Cause Hearing scheduled for today, March 2, 2020 at 5:00 PM is hereby cancelled.

It is SO ORDERED.

Dated:    March 2, 2020
              New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.